Randy WHITE, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 64044.

Missouri Court of Appeals,
Western District.

June 21, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 2, 2005.

Application for Transfer Denied
Aug. 30, 2005.

Sarah Weber Patel, Assistant Appellate Defender, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shawn L. Naccarato, Assistant Attorney General, Jefferson City, MO, for respondent.

Before ELLIS, P.J., and SPINDEN and HOWARD, JJ.

### Order

PER CURIAM.

Randy White appeals from the judgment denying his Rule 29.15 motion for post-conviction relief. We affirm. Rule 84.16(b).